IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 07-cr-00172-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

25. GREGORIO CASSILAS,

    Defendant.

## ORDER RESETTING SENTENCING DATE

Pursuant to the telephone conference between counsel and Chambers staff, and in response to Defendant's Unopposed Motion To Continue Sentencing (Doc. # 1425), the sentencing hearing for Defendant Gregorio Cassilas is reset for **April 22, 2009 at 1:30 p.m.** in Courtroom A602 of the Arraj Courthouse.

    DATED: March  23 , 2009

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge